**Entered on Docket**
**February 22, 2010**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

Edward S. Coleman, Esq., NSB 000601
Elizabeth DeFlyer, Esq. NSB 010021
COLEMAN LAW ASSOCIATES, APLC
9708 S. Gilespie Street, Suite A-106
Las Vegas, NV 89183-7614
Telephone: (702) 699-9000
Facsimile: (702) 699-9006
E-Mail: mail@coleman4law.com
_Attorneys for Debtors,_
_Loyd Tyer and Nancy Montague_

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>LOYD TYER<br><br>　　　and<br><br>NANCY MONTAGUE<br><br>　　　　　Debtors. | Case No.  09-31924-bam<br><br>Chapter 13<br><br>Hearing Date: January 28, 2010<br>Hearing Time:  2:30 P.M.<br>Courtroom: 3 |

**ORDER on MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF BAC HOME LOANS SERVICING MORTGAGE ACCOUNT ENDING IN 5712 PURSUANT TO 11 U.S.C. § 506 (a) AND §1322**

THE ABOVE MATTER having been heard at the time and date above the Court finds as follows:

1. The Debtor's property located at 1802 Twin Oaks, Las Vegas, Nevada 89156 (the "Subject Property") is valued at $123,760.00.

2. That on the filing date of the instant Chapter 13 petition, the claim of BAC Home Loans Servicing Account ending in 5720  was wholly unsecured.

1    **IT IS THEREFORE ORDERED THAT** the secured claim of BAC Home Loans Servicing

2  Account ending in 5720 is "stripped off" and shall be avoided pursuant to 11 U.S.C. §506(a);

3    **IT IS ORDERED THAT** the claim of BAC Home Loans Servicing Account ending in 5720

4  shall be allowed as a non-priority general unsecured claim;

5    **IT IS ORDERED THAT** BAC Home Loans Servicing Account ending in 5720

6  shall retain its lien on the real property located at 1802 Twin Oaks Avenue, Las Vegas Nevada

7  89156 until such time as the Debtors have completed their Chapter 13 Plan and received a discharge

8  of their obligations.

9    **IT IS FURTHER ORDERED THAT** in the event that the instant Chapter 13 matter is

10  dismissed or converted to a Chapter 7 proceeding the instant Order shall be vacated.

11

12

13

14  Dated this 1st day of February, 2010

15

16  **COLEMAN LAW ASSOCIATES**

17  **A PROFESSIONAL LAW CORPORATION**

18

19    **By:** /s/ Elizabeth DeFlyer

20    ELIZABETH DEFLYER, ESQ.

21    Nevada Bar No. 010021

21    9708 S. Gilespie Street, Suite A-106

22    Las Vegas, NV 89183

23    Attorneys for Debtors

24

25    **SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

26

27

28    In accordance with Local Rule 9021, counsel submitting this document certifies as

follows (check one):

    <u>    </u> The court has waived the requirement of approval under LR 9021.

  <u>X</u>   This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

    <u>     </u> This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

APPROVED:


<u>/s/Gregory Wilde, Esq.</u>

Gregory Wilde, Esq.


DISAPPROVED:


FAILED TO RESPOND:


Kathleen Leavitt, Chapter 13 trustee


###

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28